

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-16-00774-CR

Delfino **LOPEZ, JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRN001126 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On June 27, 2018, this court issued its opinion and judgment in this appeal. On July 6, 2018, Appellant timely filed a motion for a sixty-day extension of time to file a motion for rehearing and motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motions for rehearing and en banc reconsideration are due on September 10, 2018. Further motions for extension of time to file a motion for rehearing or motion for en banc reconsideration are discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
Keith E. Hottle
Clerk of Court